UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JULIAN L. DARBY                                CIVIL ACTION NO. 5:18-cv-00763

VERSUS                                         JUDGE TERRY A. DOUGHTY

CALUMET PACKAGING, LLC, ET AL                  MAG. JUDGE MARK L. HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. No. 14) is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** insofar as it requests dismissal of any claim for punitive damages based on the ADEA. The motion is **DENIED** in all other respects.

Monroe, Louisiana, this the 19th day of October, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE